**Mary Rose DIEFENDERFER,
Petitioner,**

v.

**DEPARTMENT OF
TRANSPORTATION, Respondent.**

No. 2011–3077.

United States Court of Appeals,
Federal Circuit.

Nov. 17, 2011.

Mary Dryovage, Law Offices of Mary Dryovage, San Francisco, CA, for Petitioner.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ADAMS ARMS, INC., Plaintiff–
Appellant,**

v.

**SIG SAUER INC., Defendant–Appellee.**

No. 2011–1427.

United States Court of Appeals,
Federal Circuit.

Nov. 23, 2011.

J. Todd Timmerman, Shumaker, Loop & Kendrick, LLP, Tampa, FL, for Plaintiff–Appellant.

Joshua C. Krumholz, Holland & Knight, LLP, Boston, MA, for Defendant–Appellee.

ON MOTION

*ORDER*

Upon consideration of Adams Arms, Inc.'s unopposed motion to voluntarily dismiss its appeal from *Adams Arms v. Sig Sauer,* case no. 10–CV–0146 (M.D.Fla.), IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.